## W. T. HILL V. THE STATE.

No. 11670.   Delivered May 23, 1928.

**Murder—Conviction for Aggravated Assault—No Bills of Exception or Statement of Facts—No Error Disclosed.**

Where, on a trial for murder which resulted in a conviction of an aggravated assault, the record on appeal contains neither statement of facts nor bills of exception, this court cannot appraise the merits, if any, of the complaint of the refusal of special charges.

Appeal from the District Court of Falls County. Tried below before the Hon. E. M. Dodson, Judge.

Appeal from a conviction for an aggravated assault upon a trial for murder, penalty forty-five days in the county jail.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Upon a charge of murder, the appellant was convicted of aggravated assault, punishment fixed at confinement in the county jail for a period of forty-five days.

The record contains neither statement of facts nor bills of exceptions. There are some special charges which were refused, but in the absence of knowledge of the evidence that was before the trial judge we are unable to appraise the merits, if any, of the complaint of the refusal of the special charges.

The judgment is affirmed.

*Affirmed.*